AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Milton Price

        Plaintiff(s)    )
                            )    **APPEARANCE**
                            )
        vs.               )    CASE NUMBER   1:07-cv-884 (RBW)
District of Columbia, et. al.  )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Ivy A. Lange   as counsel in this
                                     (Attorney's Name)

case for:   Milton Price
              (Name of party or parties)

May 14, 2007
Date

*Ivy A. Lange* (signature)
Signature

Ivy A. Lange
Print Name

DC Bar # 488147
BAR IDENTIFICATION

11 Dupont Circle, NW, Suite 400
Address

Washington, DC 20036
City      State      Zip Code

(202) 319-1000
Phone Number