# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

MILTON PRICE,                                    :
                                                 :
                  Plaintiff,                     :
                                                 :
v.                                               :        Case No.:  1:07-cv-00884
                                                 :        Judge:  Reggie B. Walton
DISTRICT OF COLUMBIA, *et al.*,                  :
                                                 :
                  Defendants.                    :

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related

papers, to be delivered via United States certified mail to:

> Linda Singer, Attorney General
> Office of Corporation Counsel
> 441 4th Street, N.W., Suite 6000
> Washington, DC 20001

> The Honorable Mayor Adrian Fenty
> Office of the Secretary
> 1350 Pennsylvania Ave., N.W. , Suite 419
> Washington, DC 20004

> SERVED:  May 10, 2007

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic

Return Receipt as Proof of Service.

Respectfully submitted,


_____
            /s/
Allison Lefrak, DC Bar #485650
REED SMITH, LLP
1301 K Street, N.W.
East Tower – Suite 1100
Washington, D.C.  20005
(202) 414-9200

Dated: May 17, 2007                              Counsel for Plaintiff

# EXHIBIT A

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Linda Singer, Attorney General
Office of Corporation Counsel
441 4th Street, N.W.
Suite 6000
Washington, DC 20001

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                  5/14/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
   *(Transfer from service label)*   7003 0500 0000 2319 6200

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Honorable Mayor Adrian Fenty
Office of the Secretary
1350 Pennsylvania Ave., N.W.
Suite 419
Washington, DC 20004

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                  5/14/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
   *(Transfer from service label)*   7003 0500 0000 2319 6194

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540