UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON PRICE, :<br><br>      Plaintiff, :<br><br>      v. :<br><br>DISTRICT OF COLUMBIA, *et al.*, :<br><br>      Defendants. : | Case No.: 1:07-cv-00884<br>Judge: Reggie B. Walton |

**PROOF OF SERVICE**

I hereby certify that I caused a copy of Plaintiffs' Amended Complaint to be delivered via United States certified mail to:

    Linda Singer, Attorney General
    Office of Corporation Counsel
    441 4th Street, N.W., Suite 6000
    Washington, DC 20001

    The Honorable Mayor Adrian Fenty
    Office of the Secretary
    1350 Pennsylvania Ave., N.W. , Suite 419
    Washington, DC 20004

    SERVED: June 1, 2007

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

                        Respectfully submitted,

                        /s/
                        Allison Lefrak, DC Bar #485650
                        REED SMITH, LLP
                        1301 K Street, N.W.
                        East Tower – Suite 1100
                        Washington, D.C.  20005
                        (202) 414-9200

Dated: June 11, 2007                        Counsel for Plaintiff

# Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Honorable Mayor Adrian Fenty
   Office of the Secretary
   1350 Pennsylvania Ave., N.W.
   Suite 419
   Washington, DC 20004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 6/5/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 0500 0000 2319 6255

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Linda Singer, Attorney General
   Office of Corporation Counsel
   441 4th Street, N.W.
   Suite 6000
   Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DC Govt                          6-4-2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 0500 0000 2319 6248

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540