# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON PRICE, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    Case No.: 1:07cv884 (RBW) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |

      Pursuant to Local Civil Rule 83.6, Eric Dubelier hereby notifies the Court and all parties

of the entry of his appearance as additional counsel along with Allison Lefrak, Esq. and Ivy A.

Lange, Esq. for Plaintiff Milton Price in this action.  No trial date has been set.


                                            Respectfully submitted,

                                  _____*/s/* Eric Dubelier_____
                                  Eric Dubelier
                                  (D.C. Bar N. 419412)
                                  Allison M. Lefrak, Esq.
                                  (D.C. Bar No. 485650)
                                  Reed Smith, LLP
                                  1301 K Street, N.W.
                                  East Tower – Suite 1100
                                  Washington, D.C.  20005
                                  (202) 414-9200

                                  Philip Fornaci, DC Bar # 434824
                                  Ivy A. Lange, DC Bar # 488147
                                  Washington Lawyers' Committee for
                                  Civil Rights & Urban Affairs
                                  Counsel for Robert Bethea
                                  11 Dupont Circle, N.W.
                                  Suite 400
                                  Washington, D.C. 20036

Counsel for Plaintiff Milton Price

Dated:  June 13, 2007

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this Notice of Appearance was served, via electronic filing, on the 13th day of June, 2007 on those parties who have entered their appearance in this action.

_____/s/_ Eric Dubelier_____
Eric Dubelier
