UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

---

MILTON PRICE,

    Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

---

Case No.: 1:07-cv-00884
Judge: Reggie B. Walton

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Summons and Amended Complaint to be delivered via United States certified mail to:

> Carol E. Burroughs, Office Gen Counsel
> Assistant Attorney General D.C.
> For DEVON BROWN
> Department of Corrections
> 1923 Vermont Ave., NW
> Washington, D.C. 20001

Addressed to:

DEVON BROWN
Serve: Michael Bruckheim, Assistant Attorney General
Office of the Attorney General for DC, Civil Division
441 4th Street, NW, 6th Floor-South
Washington, DC 2000

SERVED: June 15, 2007

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

Respectfully submitted,

/s/
_____
Allison Lefrak, DC Bar #485650
REED SMITH, LLP
1301 K Street, N.W.
East Tower – Suite 1100
Washington, D.C. 20005
(202) 414-9200
Counsel for Plaintiff

Dated: June 21, 2007

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Violet Hicks*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Violet Hicks   C. Date of Delivery: 6/18/07<br>D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below:   ☐ No |
| 1. Article Addressed to:<br>Carol E. Burroughs, Office Gen Counsel<br>Assistant Attorney General D.C.<br>For Devon Brown<br>D.C. Department of Corrections<br>1923 Vermont Avenue, N.W. Ste. 102-N<br>Washington, D.C. 20001 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  7003 0500 0000 2319 6323 | |
| PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540 | |