U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Milton Price

vs.

District of Columbia, et al.

No. 1:07-CV-00884

**AMENDED AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, AMBIKO GUICE, having been duly authorized to make service of the Summons and Amended Complaint in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-03-1974.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 9:58 am on July 6, 2007, I served Bernard Hall at DC Jail, 1901 D Street, SE, Washington, DC 20003 by serving Lt. Bernard Hall, personally. Described herein:

```
SEX-     MALE
AGE-     47
HEIGHT-  5'9"
HAIR-    BLACK
WEIGHT-  180
RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  7-13-07
              Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 190123