U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Milton Price

vs.

District of Columbia, et al.

No. 1:07-CV-00884

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons and Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 6:57 am on July 12, 2007, I served Austin Whitby, Jr. at 1901 D Street, SE, Washington, DC 20003 by serving Austin Whitby, Jr., personally. Described herein:

```
SEX-     MALE
AGE-     47
HEIGHT-  5'8"
HAIR-    BALD
WEIGHT-  180
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  7-13-07
             Date

_Wesley Jennings_
WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 190124