UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MILTION PRICE | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07-884 (RBW) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
|     Defendants, | ) |
| | ) |

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby this 28th day of March, 2008

**ORDERED** that Defendant Devon Brown's Motion to Dismiss Plaintiff's Amended Complaint is **GRANTED.** It is further

**ORDERED** that Defendant Stanley Waldren's Motion to Dismiss Plaintiff's Amended Complaint is **GRANTED.**

**ORDERED** that this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge