UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON PRICE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     Case No. 1:07-CV-0884 (RBW) |
| | : |
| DISTRICT OF COLUMBIA, *et al.,* | : |
| | : |
| Defendants. | : |

### ENTRY AND WITHDRAWAL OF APPEARANCE

Will the Clerk of Court enter the appearance of Dwayne Jefferson on behalf of Defendants Bernard Hall, Austin Whitby, Jr., and the District of Columbia and withdraw the appearance of Michael Bruckheim, Chief, Criminal Section of the Public Safety Division, Office of the Attorney General for the District of Columbia.

Respectfully Submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV


____/s/ Dwayne C. Jefferson_____
DWAYNE C. JEFFERSON [980813]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649; (202) 727-6295; (202) 741-0554 fax
dwayne.jefferson@dc.gov