UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MILTON PRICE, | ) |
|             Plaintiff, | ) |
|       v. | ) Case No. 1:07-CV-0884 (RBW) |
| DISTRICT OF COLUMBIA, *et al.* | ) |
|             Defendants. | ) |

### NOTICE OF ENTRY AND WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6, Lawrence S. Sher hereby notifies the Court and all parties of the entry of his appearance as additional counsel along with Allison M. Lefrak, Esq., Philip Fornaci, Esq., and Ivy A. Lange, Esq. for Plaintiff Milton Price in this action.

Eric A. Dubelier, Esq., of Reed Smith, LLP, hereby notices his withdrawal of appearance.

No trial date has been set.

Respectfully submitted,

 /s/ Lawrence S. Sher

Lawrence S. Sher, Esq.
D.C. Bar # 430469
Allison M. Lefrak, Esq.
D.C. Bar # 485650
REED SMITH, LLP
1301 K Street, N.W.
East Tower – Suite 1100
Washington, D.C. 20005
(202) 414-9200

Philip Fornaci, Esq.
D.C. Bar # 434824

- 2 -

                                                  Ivy A. Lange, Esq.
                                                  D.C. Bar # 488147
                                                  Washington Lawyers' Committee for
                                                  Civil Rights & Urban Affairs
                                                  11 Dupont Circle, N.W.
                                                  Suite 400
                                                  Washington, D.C. 20036

                                                  Counsel for Plaintiff Milton Price

Dated:  September 8, 2008

- 3 -

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of this Notice of Entry and Withdrawal of Appearance was served, via electronic filing, on the 8th day of September, 2008 on those parties who have entered their appearance in this action.

                                                     */s/ Lawrence S. Sher*
                                                     Lawrence S. Sher, Esq.