UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON PRICE, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   C.A. No. 1:07 CV 0884 (RBW) (DAR) |
| | : |
| DISTRICT OF COLUMBIA, *et al.,* | : |
| | : |
|     Defendants. | : |

**CONSENT MOTION TO RE-SCHEDULE JULY 28, 2009 SETTLEMENT CONFERENCE
ON BEHALF OF THE DISTRICT OF COLUMBIA, BERNARD HALL AND AUSTIN WHITBY**

Defendants District of Columbia ("District"), Bernard Hall and Austin Whitby, by and through undersigned counsel and with the consent of Plaintiff counsel, hereby move this Honorable Court for an Order rescheduling the **July 28, 2009, (9:30 a.m.)** Settlement Conference. As grounds therefor, Defendants represent as follows:

1. Central Detention Facility inmate Milton Price brings this 42 U.S.C. § 1983 action claiming that, on August 22, 2006, Department of Corrections officials permitted another inmate to fight him in violation of his 8th Amendment protection against cruel and unusual punishment. On November 4, 2008, Plaintiff filed his Second Amended Complaint naming the District of Columbia, Correctional Officer Bernard Hall as well as Correctional Officer Austin Whitby as parties-defendant. [Docket # 42]. The parties are currently scheduled to appear for Settlement Conference at 9:30 a.m. on July 28, 2009.

2. Defendants respectfully request that this Court reschedule the July 28, 2009 Settlement Conference because undersigned counsel is scheduled to attend a Pre-Trial Conference on July 28, 2009 at 8:45 am., in the matter styled *Edward Rooths, et al.*

*v. District of Columbia, et al.*, 2007 CA 006507, in the Superior Court for the District of Columbia . The *Rooths* case already has a trial date, and there are several pending motions which may be handled during the July 28th Pre-Trial Conference.

      3.     Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…." This motion is filed prior to the time specified for the Settlement Conference and otherwise meets the requirements of Rule 6(b)(1).

      4.     No party will be unduly prejudiced by this request to continue the settlement conference. In fact, Plaintiff consents to the relief requested herein.

WHEREFORE, for the reasons stated herein and pursuant to Fed. R. Civ. P. 6(b), Defendants request that the July 28, 2009 (9:30 a.m.) Settlement Conference be rescheduled to a mutually convenient date.1 A memorandum of points and authorities in support of this motion is attached hereto.

                              Respectfully Submitted,

                              PETER J. NICKLES
                              Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General, Civil Litigation Division

                              _____/s/ Patricia A. Jones_____
                              PATRICIA A. JONES [428132]
                              Chief, General Litigation Sec. IV

---

1     Plaintiff's counsel (Ivy Lange) has indicated that she is unavailable on August 5, 7, 10, 13, 14, 18, and 26–28. Undersigned counsel is also unavailable on August 2, 4, and 14.

                    /s/ Dwayne C. Jefferson
                DWAYNE C. JEFFERSON [980813]
                Assistant Attorney General
                One Judiciary Square
                441 4th St., N.W., 6th Floor South
                Washington, D.C. 20001
                (202) 724-6649; (202) 727-6295; (202) 741-0554 fax
                dwayne.jefferson@dc.gov

## **RULE 7(M) CERTIFICATE**

I hereby certify that on July 16, 2009, I conferred with plaintiff's counsel to obtain consent to the relief sought in this motion. Plaintiff consents to the relief sought.

                    /s/ Dwayne C. Jefferson
                DWAYNE C. JEFFERSON
                Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MILTON PRICE,                              :
                                           :
    Plaintiff,                             :
                                           :
v.                                         :     C.A. No. 1:07 CV 0884 (RBW) (DAR)
                                           :
DISTRICT OF COLUMBIA, *et al.,*            :
                                           :
    Defendants.                            :
_____

### **MEMORANDUM OF SUPPORTING POINTS AND AUTHORITIES**

In support of their Consent Motion to Reschedule the July 28, 2009 (9:30 a.m.) Settlement Conference, Defendants District of Columbia, Bernard Hall and Austin Whitby rely upon the following authorities:

    1.    Inherent Power of the Court.

    2.    Fed. R. Civ. P. 6(b).

    3.    Plaintiff's consent.

    4.    The record herein.

        Respectfully Submitted,

        PETER J. NICKLES
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        _____/s/_ Patricia A. Jones_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

                    __/s/ Dwayne C. Jefferson__
DWAYNE C. JEFFERSON [980813]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649 (202) 727-6295 p | (202) 741-0554 f
dwayne.jefferson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON PRICE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 1:07 CV 0884 (RBW)(DAR) |
| : | |
| DISTRICT OF COLUMBIA, *et al.,* : | |
| : | |
| Defendants. : | |

### **O**RDER

UPON CONSIDERATION of the Consent Motion to Reschedule the July 28, 2009 (9:30 a.m.) Settlement Conference, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, and it appearing to the Court that the motion should be GRANTED, it is by the Court this _____ day of _____ 2009,

ORDERED: That the motion shall be and the same is hereby GRANTED for the reasons set forth therein; and it is,

FURTHER ORDERED: That the July 28, 2009, Settlement Conference is hereby rescheduled to the _____ day of _____ 2009, at ____ am/pm..

**HON. DEBORAH A. ROBINSON**
Magistrate, U.S. District Court for the District of Columbia