AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MILTON PRICE,

      Plaintiff(s)       )
                              )   **APPEARANCE**
                              )
                              )
        vs.            )   CASE NUMBER   1:07-cv-884 (RBW)
DISTRICT OF COLUMBIA, et al.,  )
                              )
     Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Andrew C. Bernasconi__ as counsel in this
                                (Attorney's Name)

case for:  Plaintiff Milton Price.
            (Name of party or parties)

August 19, 2009
Date

/s/ Andrew C. Bernasconi
Signature

Andrew C. Bernasconi
Print Name

D.C. Bar No. 484614
BAR IDENTIFICATION

Reed Smith LLP, 1301 K St NW, Ste 1100-East
Address

Washington, DC 20005
City        State        Zip Code

(202) 414-9200
Phone Number