UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| MILTON PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-884 (RBW) (DAR) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S CONSENT MOTION TO RESCHEDULE JANUARY 26, 2010
SETTLEMENT CONFERENCE**

Plaintiff Milton Price ("Plaintiff") by and through undersigned counsel and with the consent of Defendants' counsel, hereby moves this Honorable Court for an Order rescheduling the **January 26, 2010** Settlement Conference.  As grounds for this consent motion, Plaintiff represents as follows:

(a) On December 7, 2009, the Court granted the parties' Consent Motion to Reschedule December 8, 2009 Settlement Conference to allow time for the deposition of Plaintiff, who was expected to be released to a Community Correction Center ("halfway house") in Washington, D.C. on January 11, 2010.

(b) Plaintiff was released to the halfway house on January 13, 2010.  However, he is not permitted to leave the halfway house premises for seven days.

(c) Plaintiff needs some time before his deposition to adjust to his new surroundings, to be examined by one or more physicians, and to meet with his counsel.  Accordingly, it is unlikely that Plaintiff's deposition will occur in January.

(d) Defendants have indicated that they will not be prepared to fully evaluate this case, and thus participate in a meaningful mediation, until Plaintiff has been deposed.

(e) A mediation date in this case is currently scheduled for January 26, 2010 at 10 a.m. before Magistrate Judge Deborah A. Robinson. However, because Plaintiff will not have been deposed until after the scheduled mediation, Plaintiff respectfully requests, and Defendants consent, that this Court reschedule the mediation until after Plaintiff has been deposed.

(f) We anticipate Plaintiff will be deposed in February 2010.

(g) FED. R. CIV. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . ." This consent motion is filed prior to time specified for the Settlement Conference and otherwise meets the requirements of Rule 6(b)(1).

(h) No party will be unduly prejudiced by this request to continue the settlement conference.

(i) Defendants consent to the relief requested herein.

WHEREFORE, for the reasons stated herein and pursuant to Fed. R. Civ. P. 6(b), Plaintiff respectfully requests that the January 26, 2010 Settlement Conference be rescheduled for March 4, 2010, at 2:00 p.m., per the Court's suggestion.

Dated: January 15, 2010

                Respectfully submitted,

                _____/s/ Lawrence S. Sher_____
                Lawrence S. Sher
                D.C. Bar # 430469
                Reed Smith LLP
                1301 K Street, N.W.
                East Tower – Suite 1100

Washington, D.C. 20005
(202) 414-9200

Ivy Finkenstadt
D.C. Bar # 488147
Washington Lawyers' Committee for
   Civil Rights & Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000

*Counsel for Plaintiff*

Copy to:

Dwayne C. Jefferson [980813]
Assistant Attorney General
One Judiciary Square
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MILTON PRICE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-884 (RBW) (DAR) |

## MEMORANDUM OF SUPPORTING POINTS AND AUTHORITIES

Plaintiff submits this memorandum of points and authorities in support of his Consent Motion to Reschedule January 26, 2010 Settlement Conference. Plaintiff relies upon the following authorities in support of his requested relief:

1. The consent of the parties;

2. Fed. R. Civ. P. 6(b)(1)(A);

3. The Court's equitable powers.

                                            Respectfully submitted,

                                            _____*/s/ Lawrence S. Sher*_____
                                            Lawrence S. Sher
                                            D.C. Bar # 430469
                                            Reed Smith, LLP
                                            1301 K Street, N.W.
                                            East Tower – Suite 1100
                                            Washington, D.C.  20005
                                            (202) 414-9200

Ivy Finkenstadt
D.C. Bar # 488147
Washington Lawyers' Committee for
 Civil Rights & Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000

*Counsel for Plaintiff*

Copy to:

Dwayne C. Jefferson [980813]
Assistant Attorney General
One Judiciary Square
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON PRICE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-884 (RBW) (DAR) |

## **ORDER**

Upon consideration of Plaintiff's Consent Motion to Reschedule January 26, 2010 Settlement Conference, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, it is by the Court this _____ day of January 2010,

ORDERED that the motion shall be and the same is hereby GRANTED for the reasons set forth therein, and it is

FURTHER ORDERED that the January 26, 2010 Settlement Conference is hereby VACATED, and it is

FURTHER ORDERED that the Settlement Conference shall be rescheduled for March 4, 2010, at 2 p.m.

So ORDERED.

_____
**HON. DEBORAH A. ROBINSON**
Magistrate, U.S. District Court for the District of Columbia