UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON PRICE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-884 (RBW) (DAR) |

**PLAINTIFF'S CONSENT MOTION TO RESCHEDULE MARCH 4, 2010**
**SETTLEMENT CONFERENCE**

Plaintiff Milton Price ("Plaintiff") by and through undersigned counsel and with the consent of Defendants' counsel, hereby moves this Honorable Court for an Order rescheduling the **March 4, 2010** Settlement Conference. As grounds for this consent motion, Plaintiff represents as follows:

(a) On January 15, 2010, the Court granted Plaintiff's Consent Motion to Reschedule January 26, 2010 Settlement Conference to allow time for the deposition of Plaintiff.

(b) The Settlement Conference was rescheduled for March 4, 2010, at 2:00 p.m. before Magistrate Judge Deborah A. Robinson.

(c) Defendants' counsel has informed us that he has a conflict that will not allow him to appear at the currently-scheduled mediation on March 4, 2010.

(d) In addition, Plaintiff will not have been deposed until after the scheduled mediation. We anticipate Plaintiff will be deposed in March 2010.

(e) For the foregoing reasons, Plaintiff respectfully requests, and Defendants consent, that this Court reschedule the mediation until after Plaintiff has been deposed.

(f) FED. R. CIV. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . ." This consent motion is filed prior to time specified for the Settlement Conference and otherwise meets the requirements of Rule 6(b)(1).

(g) No party will be unduly prejudiced by this request to continue the settlement conference.

(h) Defendants consent to the relief requested herein.

WHEREFORE, for the reasons stated herein and pursuant to Fed. R. Civ. P. 6(b), Plaintiff respectfully requests that the March 4, 2010 Settlement Conference be rescheduled for April 15, 2010, at 9:30 a.m., per the Court's suggestion.

Dated: February 25, 2010

                                            Respectfully submitted,

                                            _____/s/ Lawrence S. Sher_____
                                            Lawrence S. Sher
                                            D.C. Bar # 430469
                                            Reed Smith LLP
                                            1301 K Street, N.W.
                                            East Tower – Suite 1100
                                            Washington, D.C. 20005
                                            (202) 414-9200

                                            Ivy Finkenstadt
                                            D.C. Bar # 488147
                                            Washington Lawyers' Committee for
                                                Civil Rights & Urban Affairs
                                            11 Dupont Circle, N.W., Suite 400
                                            Washington, D.C. 20036
                                            (202) 319-1000

                                            *Counsel for Plaintiff*

Copy to:

Dwayne C. Jefferson [980813]
Assistant Attorney General
One Judiciary Square
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MILTON PRICE,                       )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 07-884 (RBW) (DAR)
                                    )
DISTRICT OF COLUMBIA, *et al.*,     )
                                    )
        Defendants.                 )
_____ )

## **MEMORANDUM OF SUPPORTING POINTS AND AUTHORITIES**

Plaintiff submits this memorandum of points and authorities in support of his Consent Motion to Reschedule March 4, 2010 Settlement Conference. Plaintiff relies upon the following authorities in support of his requested relief:

1. The consent of the parties;

2. Fed. R. Civ. P. 6(b)(1)(A);

3. The Court's equitable powers.

                                Respectfully submitted,

                                _____/s/ Lawrence S. Sher_____
                                Lawrence S. Sher
                                D.C. Bar # 430469
                                Reed Smith, LLP
                                1301 K Street, N.W.
                                East Tower – Suite 1100
                                Washington, D.C. 20005
                                (202) 414-9200

                                  Ivy Finkenstadt
                                  D.C. Bar # 488147
                                  Washington Lawyers' Committee for
                                      Civil Rights & Urban Affairs
                                  11 Dupont Circle, N.W., Suite 400
                                  Washington, D.C. 20036
                                  (202) 319-1000

                                  *Counsel for Plaintiff*

Copy to:

Dwayne C. Jefferson [980813]
Assistant Attorney General
One Judiciary Square
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MILTON PRICE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-884 (RBW) (DAR) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Reschedule March 4, 2010 Settlement Conference, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, it is by the Court this _____ day of February 2010,

ORDERED that the motion shall be and the same is hereby GRANTED for the reasons set forth therein, and it is

FURTHER ORDERED that the March 4, 2010 Settlement Conference is hereby VACATED, and it is

FURTHER ORDERED that the Settlement Conference shall be rescheduled for April 15, 2010, at 9:30 a.m.

So ORDERED.

_____
**HON. DEBORAH A. ROBINSON**
Magistrate, U.S. District Court for the District of Columbia